164 So.2d 355

**Roy V. PERRY**

v.

**Richard E. BROWN, Jr., Administrator, et al.**

No. 47278–A.

May 27, 1964.

In re: Roy V. Perry applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Rapides. 162 So.2d 446.

Writ denied. The judgment of the Court of Appeal is correct.

164 So.2d 355

**Mrs. Louise MARTZ, widow of Henry A. McBROOM, Jr.,**

v.

**The INSURANCE COMPANY OF the STATE OF PENNSYLVANIA et al.**

No. 47274.

May 27, 1964.

In re: Mrs. Louise Martz, widow of Henry A. McBroom, Jr. applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of East Baton Rouge. 161 So.2d 920.

Writ refused. On the facts found by the Court of Appeal there is no error of law in its judgment.

SANDERS, J., is of the opinion that a writ should be granted.